COX ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* STOLLE CORPORATION, APPELLEE AND CROSS-APPELLANT.

[Cite as *Cox v. Stolle Corp.* (1991), 61 Ohio St.3d 683.]

(No. 90–2264—Submitted July 31, 1991—Decided August 27, 1991.)

*McCarthy, Palmer, Volkema & Becker, Dennis M. McCarthy* and *William C. Becker; Hochman & Roach* and *James B. Hochman,* for appellants and cross-appellees.

*William H. Anderson* and *John C. Greiner,* for appellee and cross-appellant.

---

The judgment of the court of appeals dismissing on the jurisdictional issue (see [1990], 56 Ohio App.3d 79, 564 N.E.2d 1135) is reversed and the cause is remanded to the trial court; the judgment of the court of appeals on the constitutional issue is affirmed for the reasons stated in *Brady v. Safety–Kleen Corp.* (1991), 61 Ohio St.3d 624, 576 N.E.2d 722.

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.